# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THEA VASILOPOULOS,**<br>Plaintiff,<br>vs.<br>**UNITED AIRLINES, INC.,**<br>Defendant. | CASE NO. 17-cv-05983-YGR<br><br>**ORDER RE: JOINT DISCOVERY LETTER BRIEF**<br><br>Re: Dkt. No. 41 |

The Court is in receipt of the parties' joint discovery letter brief. (Dkt. No. 41.) By no later than **10:00 a.m.** on **Wednesday, May 16, 2018**, defendant shall provide the Court with a list of specific topics on which it seeks to depose plaintiff and the anticipated amount of time it needs on each topic.

**IT IS SO ORDERED.**

Dated: May 14, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**