# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THEA VASILOPOULOS,**<br>Plaintiff,<br>vs.<br>**UNITED AIRLINES, INC.,**<br>Defendant. | CASE NO. 17-cv-05983-YGR<br><br>**ORDER TO SHOW CAUSE; CONTINUING CASE MANAGEMENT CONFERENCE** |

The parties are scheduled for a case management conference on July 16, 2018. The parties have failed to file a Joint Case Management Statement as required by the Civil Local Rules.

"Unless otherwise ordered, no fewer than 7 days before any subsequent case management conference, the parties must file a Joint Case Management Statement, reporting progress or changes since the last statement was filed and making proposals for the remainder of the case development process." Civil L.R. 16-10(d).

The parties are **ORDERED TO SHOW CAUSE** why they should not be sanctioned in the amount of $200.00 for failure to file a Joint Case Management Statement in a timely manner.

A hearing on this Order to Show Cause will be held on **Monday, July 30, 2018,** on the Court's **2:01 p.m.** calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.

By no later than **Monday, July 16, 2018**, the parties must file (1) a Joint Case Management Statement, which includes a statement that they have reviewed the Civil Local Rules with respect to their responsibilities; and (2) a written response to this Order to Show Cause why they should not be sanctioned for their failure to comply with the above-stated rule.

With respect to the Order to Show Cause, if the Court is satisfied with the parties' response, the hearing will be taken off calendar. Otherwise, lead trial counsel must personally

appear at the hearing.  Neither a special appearance nor a telephonic appearance will be permitted.

Failure to file a Joint Case Management Statement, written response, or to appear personally will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

The Case Management Conference set for July 16, 2018 is **CONTINUED** to **Monday, July 30, 2018** at **2:00 p.m.**

**IT IS SO ORDERED.**

Dated: July 10, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**